93–374. Almanza v. Kohlhorst. *Henry County*, No. 7–92–5. On notice of filing stipulated relief from automatic stay. Stipulation accepted.

PFEIFER, J., would lift the stay and advance the cause on the docket.

RESNICK, J., not participating.

93–515. State v. Lewis. *Lawrence County*, Nos. 1920, 1924 and 1943. On motion for leave to file delayed appeal and motion to reconsider denial of temporary restraining order. Motions denied.

93–529. Ricciardi v. Babcock & Wilcox Co. *Summit County*, No. 15728. On motion for leave to file *amicus* of Ohio Federation of Business and Professional Women et al. Motion granted.

93–636. Cook v. Wineberry Deli, Inc. *Summit County*, No. 15694. On motion to vacate stay. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

93–638. State ex rel. Coker v. Bond. In Mandamus. *Sua sponte*, alternative writ granted.

93–646. Leber v. Smith. *Erie County*, No. E–87–43. On motion to dismiss. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.

93–654. Rodgers v. Shaughnessy. *Cuyahoga County*, No. 64807. On motion for leave to file delayed appeal, motion to transmit documents, and motion to supplement motion for delayed appeal. Motions denied.

RESNICK and PFEIFER, JJ., dissent.

93–683. Vallish v. Copley Bd. of Edn. *Summit County*, No. 15664. On motion for stay. Motion granted.

93–707. State v. Bailey. *Montgomery County*, No. 13355. On motion to compel. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

93–776. In re Berger. *Clermont County*, No. CA92–06–065. On motion for leave to file *amicus* of Drop Inn Center Shelterhouse et al. Motion granted.

93–783. State ex rel. Hunter v. Certain Judges of Akron Mun. Court. In Mandamus and Prohibition. On motion for alternative writ. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

93–256. Thomas v. Newark City School Dist. Bd. of Edn. *Licking County*, No. 92–CA–53.

93–274. Fabe v. Oil & Gas Ins. Co. *Franklin County*, No. 91AP–1347.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

93–281. Indus. Risk Insurers v. Lorenz Equip. Co. *Franklin County*, No. 92AP–949.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

93–294. Liddell v. SCA Serv. of Ohio, Inc. *Cuyahoga County*, No. 61129.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

93–354. Bellian v. Bicron Corp. *Geauga County*, No. 92–G–1695.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

93–375. Miller v. Fling. *Marion County*, No. 9–92–50. On motion to certify the record. Motion allowed.

MOYER, C.J., and WRIGHT, J., dissent.

*Sua sponte*, this cause is held for decision in 92–952, *Savoie v. Grange Mut. Cas. Co.*, Holmes County, No. CA–450; briefing schedule stayed.

MOYER, C.J., and WRIGHT, J., dissent.